**DATE: JUNE 3, 2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 12:12:16 PM
CHRISTOPHER A. PRINE
Clerk

**FOURTEENTH COURT OF APPEALS INFORMATION SHEET BY TRIAL COURT CLERK**

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* **14-14-00365-CV**

*Trial Court Case Number:* **55TH**

*Trial Court Number* **2010-79184**

_____

### Information from Trial Court Clerk

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

_____ The clerk's record will not be filed by the original due date. (Please state reasons below) Reason(s):

I believe I can file the clerk's record by _____, and I request an extension.

**X** Appellant has not made payment arrangements. **Record cost and Balance due $949.00.**

**X** Appellant has been notified that the clerk's record is ready.

_____ Appellant has made payment arrangements.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: ___/s/ PHYLLIS WASHINGTON_____

District Clerk's LetterOnReceipt NOAatt.wpd



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

JUNE 3, 2015

GREGORY K. SAXE TBN#17694900
ATTY AT LAW
6666  HARWIN DR STE 600
HOUSTON, TX 77036
PH: 713-995-5733
FX: 713-995-5122

Re: No. 2010-79184                          SENT VIA: FAX ONLY

**Dear Customer:**

This letter is to inform you of the balance, which represents the cost to our office of preparing, at your request, the **Original Clerk's Record** in the above numbered case.  Rule (35.3) of the Texas Rules of Appellate Procedure requires that payment of this cost be remitted to our office prior to forwarding the clerk's record to the Court of Appeals.

| | | |
|---|---|---|
| **ORIGINAL CLERKS RECORD** | $943.00 | |
| LESS DEPOSIT PAID | $0.00 | |
| | | |
| DELIVERED TO THE **14TH** COURT OF APPEALS | | |
| **BALANCE DUE** | **$943.00** | |

You may remit your payment in the form of attorney or law firm check, money order or cashier's check, payable to Chris Daniel, District Clerk, by mailing to:  Chris Daniel, District Clerk, Attn: Civil/Family Post Trial, P.O. Box 4651, Houston, TX 77210-4651.

Payment also may be remitted in person at the following location: Chris Daniel, District Clerk, Civil/Family Post Trial, 201 Caroline, Room 250, Houston, TX 77002.

Please be informed that this correspondence is the only notice you will receive from this office regarding this payment.

CHRIS DANIEL,
CLERK DISTRICT COURT,
HARRIS COUNTY, TEXAS

BY: /s/ PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, DEPUTY**

AP1 R04-30-92